IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NEW MILLENNIUM CONCEPTS, LTD** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CASE NO. 4:17-CV-248-Y** |
| | § | |
| **PATRIOT SUPPLY STORE, INC., d/b/a** | § | |
| **MY PATRIOT SUPPLY; ALEXAPURE** | § | |
| **LLC; and MATTHEW PARKER,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND AND DENYING ORIGINAL MOTION TO DISMISS AS MOOT

Pending before the Court is Defendants' Unopposed Motion to Extend the Deadline to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (doc. 15). Having considered the pleadings on file, the Court concludes the motion should be and hereby is GRANTED. As a result, Defendants' deadline to answer or otherwise respond to the First Amended Complaint is **August 1, 2017**.

Additionally, in light of Plaintiff's filing of the First Amended Complaint, the Court concludes that Defendants' original Motion to Dismiss (doc. 8), which challenges a complaint that has now been amended, should be and hereby is DENIED as moot.

Signed July 20, 2017.

                                                                      _/s/ Terry R. Means_
                                                              TERRY R. MEANS
                                                              UNITED STATES DISTRICT JUDGE